MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
CARRIE McCREA HANLON, ESQ.
Nevada Bar No. 003902
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: (702) 240-6060
Fax No.: (702) 240-4267

Attorneys for Defendant,
Joseph Seals

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ERIC S. CANONICO, | CASE NO: 2:13-cv-00316-RCJ-NJK |
| Plaintiff, | |
| vs. | |
| JOSEPH SEALS, and DOES I THROUGH X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action has been resolved and should be dismissed, with prejudice;

IT IS FURTHER STIPULATED AND AGREED by and between counsel for their respective parties, that there is a reservation of rights to proceed against any underinsured motorist policy or coverage which is not resolved as part of this settlement and compromise;

IT IS FURTHER STIPULATED AND AGREED that a trial setting and scheduling order [14] that is on file herein; shall be vacated; and

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own costs and attorneys' fees.

Dated this 24 day of May 2013.

VANNAH & VANNAH

ROBERT VANNAH, ESQ.
Nevada Bar No. 002503
MARK JACKSON, ESQ.
Nevada Bar No. 010905
400 S. Fourth Street, #600
Las Vegas, Nevada 89101
Phone: (702) 369-4161
Fax: (702) 369-0104
Attorneys for Plaintiff,
Eric S. Canonico

Dated this 31 day of May 2013.

MILLS & ASSOCIATES

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: (702) 240-6060
Fax: (702) 240-4267
Attorneys for Defendant,
Joseph Seals

**ORDER**

**IT IS SO ORDERED**

UNITED STATES DISTRICT JUDGE

DATED: July __, 2013